Mark S. Askanas (State Bar No. 122745)
Dylan B. Carp (State Bar No. 196846)
Rina Wang (State Bar No. 269608)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: askanasm@jacksonlewis.com
E-mail: carpd@jacksonlewis.com
E-mail: rina.wang@jacksonlewis.com

Attorneys for Defendant
PRECISION GENERAL COMMERCIAL
CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION GENERAL COMMERCIAL CONTRACTORS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-05002 EMC<br><br>STIPULATION [AND ORDER] TO CONTINUE (1) HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (2) FURTHER STATUS CONFERENCE<br><br>Judge: Hon. Edward M. Chen<br>Complaint Filed: 10/04/2013<br>Trial Date: 03/28/16 |

WHEREAS, on June 23, 2015, Defendant Precision General Commercial Contractors, Inc. filed its Motion for Summary Judgment, noticing the motion for hearing on July 30, 2015.

WHEREAS, this noticed hearing date does not work with the schedules of all counsel;

WHEREAS, all counsel have met and conferred, and agreed to a mutually acceptable hearing date of September 3, 2015;

WHEREAS, this Stipulation is not entered into for any improper purpose, and will not delay the case or prejudice either party. Trial is presently scheduled for March 28, 2016, and the deadline for dispositive motions to be heard is presently December 17, 2015. A Further Status Conference is presently scheduled for August 27, 2015 which the parties respectfully request be

1    Case No. 3:14-cv-05002 EMC

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FURTHER STATUS CONFERENCE

continued to the rescheduled Motion for Summary Judgment Hearing date to September 3, 2015, or such other day as the Court may schedule the hearing on Defendant's Motion for Summary Judgment.

**SO STIPULATED AND AGREED.**

Dated: June 29, 2015						JACKSON LEWIS P.C.

								By: _____
								Mark S. Askanas
								Dylan B. Carp
								Rina Wang
								Attorneys for Defendant
								PRECISION GENERAL COMMERCIAL
								CONTRACTORS, INC.

Dated: June 29, 2015						BASHAM LAW GROUP

								By: _____
								Gary Basham
								Nancy McCoy
								Attorneys for Plaintiff
								RICHARD BERGER

### ORDER

WHEREAS, pursuant to the Stipulation of the Parties, and good cause appearing, it is hereby ordered:

(1) The present July 30, 2015 hearing date, and all associated briefing dates, on Defendant's pending Motion for Summary Judgment are hereby vacated.

(2) Defendant's Motion for Summary Judgment is now rescheduled for hearing on September 3, 2015 at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco, before Judge Edward M. Chen. The deadline for Plaintiff's response is August 6, 2015, and the deadline for Defendant's reply is August 20, 2015.

(3) The current Status Conference scheduled for August 27, 2015 is hereby continued to September 3, 2015, at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco, before Edward M. Chen. An updated joint status report shall be filed by August 27, 2015.

IT IS SO ORDERED.

Dated: June 30, 2015

By: _____
Hon. Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

4819-5381-4309, v. 1

---

3

Case No. 3:14-cv-05002 EMC

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FURTHER STATUS CONFERENCE