Gary R. Basham (SBN 130119)
Nancy L. McCoy (SBN 184983)
BASHAM LAW GROUP
100 Pringle Avenue, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 308-6112; Fax: (925) 952-7078
Email: gary@bashamlawgroup.com
Email: nancy@bashamlawgroup.com
Attorneys for Plaintiff
RICHARD BERGER

Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
Rina Wang (SBN 269608)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: askanasm@jacksonlewis.com
E-mail: carpd@jacksonlewis.com
E-mail: rina.wang@jacksonlewis.com

Attorneys for Defendant
PRECISION GENERAL COMMERCIAL
CONTRACTORS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERGER, an individual, | Case No. 3:14-cv-05002 |
| Plaintiff, | **STIPULATION RE: DISMISSAL** |
| v. | Complaint Filed: 10/04/13<br>Trial Date: 3/28/16 |
| PRECISION GENERAL COMMERCIAL CONTRACTORS, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Richard Berger ("Plaintiff") and Defendant Precision General Commercial Contractors

("Defendant") hereby stipulate and request that this entire action, including all parties and all

/ / /

1   causes of action, be dismissed with prejudice. Each party shall bear its own attorney's fees

2   and costs.

3   **SO STIPULATED AND AGREED.**

4

5   Dated:  July 17, 2015                    JACKSON LEWIS P.C.

6

7                                    By:    _/s/ Dylan B. Carp_____
                                           Mark S. Askanas
8                                          Dylan B. Carp
                                           Rina Wang
9                                          Attorneys for Defendant
                                           PRECISION GENERAL COMMERCIAL
10                                         CONTRACTORS, INC.

11   Dated:  July 17, 2015                    BASHAM LAW GROUP

12

13

14                                   By:    _/s/ Gary R. Basham_____
                                           Gary Basham
15                                         Nancy McCoy
                                           Attorneys for Plaintiff
16                                         RICHARD BERGER

17

18

19   4826-6765-0853, v. 1-5829-7891, v. 1

20

21   IT IS SO ORDERED.  The Clerk of the Court is directed
     to close this case.
22
     _____
23   Edward M. Chen
     U. S. District Judge
24

25

26

27

28

STIPULATION RE: DISMISSAL - FRCP 41(a)(1)                          Case No.  3:14-cv-05002